DANIEL G. BOGDEN
United States Attorney
RONALD C. RACHOW
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
Tel:  (775) 784-5438
Fax:  (775) 784-5181

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04-CR-00039-LRH-VPC |
| Plaintiff, | ) | |
| v. | ) | MOTION TO DISMISS |
| RONALD V. MARKHAM, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and RONALD C. RACHOW, Assistant United States Attorney, and moves to dismiss the Indictment in this case filed on March 24, 2004 pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

The defendant has been a fugitive since the indictment was handed down with no likelihood of him being located in the near future. The passage of time has made the probability of successful prosecution highly unlikely. Accordingly, the Government would move to dismiss the indictment.

The Government would also request permission from the Court to destroy or dispose of evidence

seized during the investigation of this case. Due to the passage of time and the absence of the defendant, the Government is not in a position to return to Markham the items seized from him.

Submitted this ____ day of August, 2013.

                                          DANIEL G. BOGDEN
                                          United States Attorney

                                          */s/ Ronald C. Rachow*
                                          RONALD C. RACHOW
                                          Assistant United States Attorney

## ORDER FOR DISMISSAL

Based upon motion of the Government pursuant to Rule 48 of the Federal Rules of Criminal Procedure and for good cause shown, the motion to dismiss the indictment in this case is granted. Furthermore, permission to dispose of any evidentiary materials gathered in this case in accordance with the policies and procedures of the law enforcement agency is authorized.

DATED: _____

                                                                 _____
                                                                 LARRY R. HICKS,
                                                                 Senior United States District Judge