DANIEL G. BOGDEN
United States Attorney
RONALD C. RACHOW
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
Tel:  (775) 784-5438
Fax:  (775) 784-5181

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04-CR-0039-LRH-VPC |
| Plaintiff, | ) | |
| v. | ) | |
| RONALD V. MARKHAM, | ) | **ADDENDUM TO MOTION TO DISMISS** |
| Defendant. | ) | |

    COMES NOW the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and RONALD C. RACHOW, Assistant United States Attorney, and moves to file this addendum to the Government Motion to Dismiss the Indictment filed August 6, 2013.

    The Government is now in possession of information that the defendant, RONALD V. MARKHAM, died in Victoria, British Columbia, on October 13, 2013.

//

1

Accordingly, the Government renews its motion to dismiss the indictment in the above captioned case and for an order from the Court allowing the Government to destroy or dispose of evidence seized during the investigation of this case.

Submitted this 18th day of December, 2013.

DANIEL G. BOGDEN
United States Attorney

RONALD C. RACHOW
Assistant United States Attorney

## ORDER FOR DISMISSAL

Based upon motion of the Government pursuant to Rule 48 of the Federal Rules of Criminal Procedure and for good cause shown, the motion to dismiss the indictment in this case is granted. Furthermore, permission to dispose of any evidentiary materials gathered in this case in accordance with the policies and procedures of the law enforcement agency is authorized.

DATED: _____

_____
LARRY R. HICKS,
Senior United States District Judge